<u>IN THE CIRCUIT COURT OF TALBOT COUNTY</u>

| | |
|---|---|
| **TILGHMAN ISLAND SEAFOOD, LLC** | * |
| 6129 Tilghman Island Road<br>Tilghman, Maryland 21617 | * |
| *Plaintiff*, | * |
| v. | * Case No.:  C-20-CV-25-000194 |
| **STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY** | * |
| 175 Berkeley Street<br>Boston, Massachusetts 02116 | * |
| Serve on: Maryland Insurance<br>           Administration<br>           200 St. Paul Place, Suite 2700<br>           Baltimore, Maryland  21202 | * |
| *Defendant.* | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES**</u>

Plaintiff Tilghman Island Seafood, LLC ("Plaintiff" or "TIS") by and through its undersigned attorneys, hereby files this Complaint against Defendant State Automobile Mutual Insurance Company ("Defendant" or "State Auto"), and in support thereof, states as follows:

<u>**THE PARTIES**</u>

1.  Plaintiff is a limited liability company formed under the laws of Maryland. Its principal place of business is 6129 Tilghman Island Road, Tilghman, MD 21617.

2.  Defendant is a foreign corporation that is registered to do business in Maryland. Its principal place of business is 175 Berkeley Street Boston, Massachusetts 02116.

<u>**VENUE AND JURISDICTION**</u>

3.  The Court has subject-matter jurisdiction over this matter pursuant to the Maryland Code, Courts and Judicial Proceedings Article, Section 1-501.

1

4. This Court has personal jurisdiction over Defendant pursuant to Sections 6-103(b)(1) and (6) of the Courts and Judicial Proceedings Article of the Maryland Code because: (a) Defendant transacted business work in the Maryland and the causes of action in this case arise from that business; and (b) contracted to insure a person, property, risk, contract, obligation, or agreement located, executed, or to be performed within the Maryland at the time the contract was made and the causes of action in this case arise from that contract of insurance.

5. Venue is proper in this Court pursuant to Section 6-202(3) of the Courts and Judicial Proceedings Article of the Maryland Code because this is an action against a corporation which has no principal place of business in Maryland.

## FACTUAL BACKGROUND

### Introduction

6. TIS is a local processor and packer of fresh seafood from the Chesapeake Bay, which delivers quality seafood across the country.

7. On December 17, 2024, TIS was the victim of a theft (the "Theft") that resulted in it not being able to collect amounts due to it from its customer.

8. On or about January 29, 2025, TIS submitted a claim with State Auto under an insurance policy (the "Policy") that TIS holds with State Auto. The Policy includes an Accounts Receivable provision (the "A/R Provision"), which requires State Auto to pay "all amounts due [TIS] from [its] customers that [it is] unable to collect."

9. State Auto denied TIS's claim and has refused to pay anything under the A/R Provision. TIS brings this lawsuit for breach of contract and declaratory judgment to require State Auto to pay what they owe.

## The Theft

10.     In November 2024, TIS received what it believed to be a legitimate inquiry from McCain Foods USA, Inc. ("McCain"), seeking an estimate for various seafood items.

11.     On November 25, 2024, TIS spoke with an individual who it believed to an employee of McCain regarding this inquiry. TIS explained that they were unable to supply the amount of red snapper fillets requested but could supply catfish fillets.

12.     On November 27, 2024, TIS received an executed New Customer Credit Application from what it believed was McCain in order to proceed with the sale. TIS required McCain to execute the credit application because McCain was a new customer. A copy of the New Customer Credit Application is attached as Exhibit 1.

13.     Thereafter, on December 10, 2024, TIS received a purchase order (the "Purchase Order") from what it believed was McCain for 20,000 pounds of catfish fillets for $90,000.00. The Purchase Order called for the delivery of the seafood (the "Product") to a location in Bronx, New York. A copy of the Purchase Order is attached as Exhibit 2.

14.     On or about December 12, 2024, TIS attempted to deliver the Product through a third-party delivery company to the location identified in the Purchase Order. A copy of TIS's Bill of Lading is attached as Exhibit 3.

15.     TIS's third-party delivery company, however, could not make the delivery at that location. Because the Product was frozen and needed to be refrigerated, the delivery company took the Product to its local warehouse for storage. TIS instructed what it believed to be McCain to arrange for pick-up of the Product.

16. On or about December 17, 2024, the third-party delivery company delivered the Product at an alternate, agreed upon location; thus, TIS fulfilled the Purchase Order. A copy of the Bill of Lading for delivery of the Product is attached as Exhibit 4.

17. On or about December 13, 2024, TIS sent an invoice for the Product to what it believed was McCain, with payment due December 27, 2024. A copy of the invoice is attached as Exhibit 5.

18. When the invoice was not paid, TIS tried repeatedly without success to contact the individual who placed the order.

19. In January 2025, after TIS reached out to McCain's corporate headquarters, McCain informed TIS that it had not placed the Purchase Order. Rather, the Purchase Order had been placed by a fraudster using the name of an individual who once worked at McCain but had retired in 2024.

20. TIS has not been able to collect payment on the invoice it issued to McCain for $90,000.00.

### The Policy and the A/R Provision

18. The Policy insured TIS from July 10, 2024 through July 10, 2025, which included the time of the above-described theft.

19. TIS regularly and timely paid its annual premium of $17,575.00 to State Auto.

20. The Policy includes the A/R Provision, which requires State Auto to pay: (1) all amounts due to TIS from its customers that it is unable to collect, (2) TIS's collection expenses in excess of normal that are made necessary by the loss or damage, and (3) other reasonable expenses TIS incurred to establish records of TIS's accounts receivable that directly result from the physical loss or damage by any covered loss.

4

21.     The A/R Provision has a $100,000.00 limit per occurrence.

## TIS's Claim and Defendant's Denial

22.     On or about January 29, 2025, TIS submitted a claim to State Auto under the Policy and the A/R Provision in the amount of $90,725.00.

23.     State Auto denied TIS's claim under the A/R Provision. However, State Auto offered to pay TIS $10,000.00 under another provision of the Policy that covered "social engineering fraud."

24.     On April 1, 2025, TIS sent a demand letter, through counsel, to State Auto's claims adjustor that reviewed and processed TIS's claim, explaining why the A/R Provision applied to TIS's claim.

25.     On May 15, 2025, State Auto responded to TIS's counsel's letter. In that letter, State Auto incorrectly claimed that the A/R Provision did not cover TIS's loss and rejected TIS's claim for coverage.

26.     By rejecting TIS's claim for coverage under the A/R Provision, State Auto has breached their contract with TIS.

27.     As a result of State Auto's breach, TIS has suffered at least $90,000.00 in damages.

## COUNT ONE
### Declaratory Judgment

28.     Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

29.     There is a dispute between TIS and State Auto regarding the proper interpretation of the Policy and the A/R Provision. Specifically, the parties dispute whether State Auto is obligated to pay the $90,000.00 due to TIS that TIS is unable to collect from its customer, as described above.

30. There is therefore uncertainty and a controversy concerning the parties' rights, status, and legal relations under the Policy.

31. An actual controversy exists between TIS and State Auto concerning the interpretation and application of the Policy. Specifically, TIS believes that, under the Policy's A/R Provision, State Auto is obligated to pay TIS $90,000.00 because that amount is due to TIS from its customer and TIS is unable to collect that amount. State Auto, on the other hand, contends that the A/R Provision does not apply in this matter and that they only should pay $10,000.00 under a provision of the Policy that covers "social engineering fraud."

32. Antagonistic claims are present between the parties, and this litigation has ensued.

33. TIS, moreover, asserts a legal relation, status, right, or privilege under the Policy that is denied by State Auto, which also has a concrete interest in the proper interpretation of the Policy and the A/R Provision.

34. A declaratory judgment by the Court will terminate the uncertainty and controversy between TIS and State Auto.

WHEREFORE, TIS requests that the Court (1) determine and adjudicate whether the A/R Provision applies to TIS's claim; (2) enter a judgment declaring that the A/R Provision applies to TIS's claims and declaring that TIS is entitled to reimbursement in the amount of $90,000.00 from State Auto for the recovery of the account receivable; (3) award TIS its attorneys' fees and costs; and (4) award such other relief which this Court determines to be fair and just.

## COUNT TWO
### Breach of Contract

35. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

36. On or about July 10, 2024, TIS entered into the Policy, which is an insurance contract, with State Auto for commercial insurance coverage.

37. TIS has regularly and timely paid all required premiums under the Policy.

38. The Policy includes the A/R Provision, which requires State Auto to pay all amounts due to TIS from its customers that it is unable to collect.

39. TIS submitted a claim to State Auto for reimbursement under the A/R Provision because TIS has not been able to collect payment from a customer.

40. State Auto wrongly denied Plaintiff's claim, thereby breaching their contract with TIS.

41. As a result of State Auto's breach, TIS has suffered damages in an amount of at least $90,000.00.

WHEREFORE, TIS requests that the Court enter a judgment against State Auto and in favor of TIS in an amount in excess of $75,000.00, plus pre- and post-judgment interest at the legal rate, attorneys' fees, court costs, and such other relief which this Court determines to be fair and just.

Respectfully submitted,

/s/ *Strider L. Dickson*
Strider L. Dickson, AIS No. 0212170219
Kaitlin A. O'Dowd, AIS No. 2311290059
McAllister, DeTar, Showalter & Walker, LLC
706 Giddings Ave, Suite 305
Annapolis, MD 21401
Phone: (410) 934-3900
Facsimile: (410) 934-3933
sdickson@mdswlaw.com
kodowd@mdswlaw.com

*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands a jury trial on all issues so triable.

/s/ *Strider L. Dickson*
Strider L. Dickson

# Tilghman Island Seafood
## NEW CUSTOMER CREDIT APPLICATION

### BUSINESS CONTACT INFORMATION

| | | | |
|---|---|---|---|
| Title: | | | |
| Company name: | Mccain Foods USA Inc | | |
| Phone: 779 202 8446 | Fax: | E-mail: info@mccainfoodsusainc.com | |
| Registered company address: | 1 Tower Lane 11th Floor | | |
| City: Oakbrook Terrace | State: IL | ZIP Code: 60181 | |
| Date business commenced: 1957 | | | |
| Sole proprietorship: | Partnership: | Corporation: ✓ | Other: |

### BUSINESS AND CREDIT INFORMATION

| | | | |
|---|---|---|---|
| Primary business address: | 1 Tower Lane 11th Floor | | |
| City: Oakbrook Terrace | State: IL | ZIP Code: 60181 | |
| How long at current address? 20 years | | | |
| Telephone: 779 202 8446 | Fax: | E-mail for Invoices: ap@mccainfoodsusainc.com | |
| Bank name: FIRST NATIONAL BANK OF OMAHA | | | |
| Bank address: 1620 DODGE STREET | Phone: | Fax:7855761172 | |
| City: Omaha | State: NE | ZIP Code: 68197 | |
| Type of account | Account number | REDACTED | |
| Savings | | | |
| Checking ✓ | | | |
| Other | | | |

### BUSINESS/TRADE REFERENCES

| | | | |
|---|---|---|---|
| Company name: | Galloway Foods Inc | | |
| Address: | 1430 S Dixie Highway Suite 311 | | |
| City: Coral Gables | State: FL | ZIP Code: 33146 | |
| Phone: | Fax: | E-mail: account@gallowaycompanys.com | |
| Type of account: | Net account | | |
| Company name: | Blackbird Foods Inc | | |
| Address: | 10-40 45th Ave 3rd Floor | | |
| City: Long Island | State: NY | ZIP Code: 11101 | |
| Phone: | Fax: | E-mail: a.payableofficer@blackbirdsfoods.com | |
| Type of account: | Net Account | | |
| Company name: | HCR CONSTRUCTION INC | | |
| Address: | 2764 Langford Road Suite 203 | | |
| City: Norcross | State: GA | ZIP Code: 30071 | |
| Phone: | Fax: | E-mail: ap@hcr-constructionss.com | |
| Type of account: | Net Account | | |

### AGREEMENT

1. Claims arising from invoices must be made within three working days.
2. By submitting this application, you authorize Tilghman Island Seafood to make inquiries into the banking and business/trade references that you have supplied.

### SIGNATURES

*BAlmanzar*
Title: Ben Almanzar   CFO
Date: 11-27-2024

*HKoeune*
Title: Max Koeune   CEO
Date: 11-27-2024

## Purchase Order



**BILL TO:**

Mccain Foods Usa, Inc
One Tower Lane
1 Tower Lane 11th Floor
Oakbrook Terrace
IL 60181
Phone: 779 202 8446

**VENDOR:**

Chris Peterson
Tilghman Island Seafood
6129 Tilghman Island Rd.
Tilghman, MD. 21671

**SHIP TO:**

James Moore
821 E 140TH ST
Bronx NY 10454
Phone: 214 898 8324

Date:

| Order Ref | Quote Date | Term | Sales Person | Shipping Method |
|---|---|---|---|---|
| O-562210 | 12-10-2024 | Net 30 | Chris Peterson | Best Way |

| Description | Qty | Unit Price | Net Amount |
|---|---|---|---|
| Catfish 20,000 pounds of frozen 4-6oz portions in 15# | 20,000 | $4.50/lb | $90,000.00 |
| Red Snappers  2-4lb | | $7.25 | $725.00 |



| | | |
|---|---|---|
| | SALES TAX: | |
| | TOTAL AMOUNT: | $90,725.00 |

D-U-N-S Number: REDACTED
Federal Tax ID Number: REDACTED
PO #   O-562210

$90,725.00

**Delivery Instruction:**
Delivery appointment must be scheduled by the trucking company at least 24 hours prior to delivery into our warehouse.

Questions pertaining to this order should be directed to:
Attila Tamer    attilat@mccainfoodsusainc.com

**BILLING INSTRUCTIONS**

ap@mccainfoodsusainc.com

Note: Invoices are processed electronically, kindly have all invoices and statements forward to Accounts dept via :

APPROVED BY

*Ben Almanzar*

Accounts Payable Director

Ben Almanzar

# BOL

**Tilghman Island Seafood**
6129 Tilghman Island Rd
Tilghman Island, MD 21671

info@tilghmanislandseafood.com
410-310-1821
Date:   12.13.24



**Ship to**
ACA Freight Forwarding
324 Bryant Avenue Hunts Point
BRONX, NY 10474
PH: 718-861-5050

**Bill to**
MCCAIN FOODS USA, INC.
ONE TOWER LANE
1 TOWER LANE 11TH FLOOR
OAKBROOK TERRACE IL 60181
PH: 779-202-8446

**Invoice Details**
PO ORDER #:   0-562210
Invoice Date:   12.13.2024

| No. of Packages | Product | Description | QTY |
|---|---|---|---|
| 19 PALLETS | BCAT-20257 | BLUE CATFISH PORTIONS 4-6oz 15LB BOX | 20,000 LBS. |
|  |  |  |  |
|  |  |  |  |

**TIS TO DELIVER 12/12/2024**

Tilghman Island Seafood



BOL Generated: 12/17/2024     **Bill of Lading – Not Negotiable**     Page 1 of 1

| Ship From | Date: 12/17/2024 | Bill of Lading Number: |
|---|---|---|
| Name: ACA FREIGHT<br>Address: 324 BRYANT AVENUE<br>City/State/Zip: BRONX, NY 10474<br>Phone:    Email: | | Purchase Order Number: BRONX<br><br>Bar Code Space |

| Ship To | Date: 12/17/2024 | Carrier Name: LANCHRIS LLC |
|---|---|---|
| Name: MCCAIN FOODS<br>Address: 527 DUPONT ST<br>City/State/Zip: BRONX, NY 10474<br>Phone:    Email: | | Trailer number: 1421<br>Load Number: 14280202<br>PU# Einstein Bros<br>⊜ Master bill of lading with attached underlying bills of lading. |

| Third Party Freight Charges Bill and Pay to: | Pro Number: |
|---|---|
| SUNTECK TRANSPORT CO., LLC<br>14785 PRESTON RD, SUITE 850<br>DALLAS, TX 75254 | Bar Code Space |

Special Instructions: TEMP KEPT AT 0 degrees /    Driver to call 734-306-2893 once loaded with ETA to delivery

**Load Information**

| Package Qty | Type | Weight | Commodity Description | HM | Class |
|---|---|---|---|---|---|
| 1 | TL | 21,000 | Frozen FISH - 19 Pallets | | |

Where the rate is dependent on value, the shipper shall state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

The parties agree that Broker's charges to its customers and payments made to its carriers are confidential and need not be disclosed. The parties each waive any rights it may have under 49 CFR §371.3 or any related or successor law or regulation.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
**Shipper Signature**

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | _ By shipper<br>_ By driver<br>Seal Number<br>_____ | _ By shipper<br>_ By driver/pallets said to contain<br>_ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and third-party. |

# INVOICE

Tilghman Island Seafood
6129 Tilghman Island Rd
Tilghman, MD 21671

info@tilghmanislandseafood.com
+1 (410) 310-1821



**Bill to**
Mccain Foods USA Inc.
1 Tower Lane, 11th Floor
Oakbrook Terrace, IL 60181

**Ship to**
Mccain Foods USA Inc.
1 Tower Lane, 11th Floor
Oakbrook Terrace, IL 60181

### Invoice details

Invoice no.: T2021
Terms: NET 14
Invoice date: 12/13/2024
Due date: 12/27/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **BCAT20257R Bundle** | | 20000 | $4.50 | $90,000.00 |
| 2. | **Red Snapper** | | 100 | $7.25 | $725.00 |

| | |
|---|---|
| Total | **$90,725.00** |

Make checks payable to: Tilghman Island Seafood

**Overdue**   12/27/2024

### Note to customer

Bank Wiring Instructions -
Shore United
1013 S Talbot Street
St. Michaels MD 21663
ABA # REDACT
Acct# REDACT

Thank you for your business!hank you for your business!