IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| TILGHMAN ISLAND SEAFOOD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:25-cv-03177 |
| | ) |
| STATE AUTOMOBILE MUTUAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**<u>LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST</u>**

In accordance with Local Rule 103.3, Defendant State Automobile Mutual Insurance Company, by counsel, makes the following disclosures:

Liberty Mutual Holding Company, Inc. owns 100% of the equity of LMHC Massachusetts Holding, Inc.

LMHC Massachusetts Holding, Inc. owns 100% of the equity of Liberty Mutual Group, Inc.

Liberty Mutual Group, Inc. owns 100 % of the equity of State Automobile Mutual Insurance Company.

These representations are made so that the judges of this Court may determine the need for recusal in accordance with Local Rule 103.3.

Respectfully submitted,

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

By:  /s/ Robert S. Reverski, Jr
Robert S. Reverski, Jr.  (Bar No. 14245)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia  23236
Telephone: 804.560.9600
Fax: 804.560.5997
rreverski@midkifflaw.com
*Counsel for Defendant State Automobile Mutual Insurance Company*